> The parties' request at ECF No. 28 is GRANTED. By **December 18, 2023**, the parties shall file a joint letter as to whether Respondent's production is complete or whether there are further issues for the Court's attention.
>
> The Clerk of Court is respectfully directed to close ECF No. 28.
>
> SO ORDERED.   11/17/2023
>
> *SARAH L. CAVE*
> *United States Magistrate Judge*

BY ELECTRONIC TRANSMISSION

Hon. Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *In re Application of Athene Holding Ltd for Judicial Assistance Pursuant to 28 U.S.C. § 1782*, No. 23 Misc. 171 (JHR)(SLC)

Dear Magistrate Judge Cave:

The undersigned respectively represent Athene Holding Ltd ("Athene") and respondent Ming Dang in the above captioned matter. This status letter is sent pursuant to Your Honor's October 11, 2023 Order (ECF No. 27, the "Order") after review and consent by both Athene and Mr. Dang.

Athene has completed its initial review of Mr. Dang's November 3, 2023 production and believes that Mr. Dang's production was deficient. On November 15, 2023, counsel for Athene transmitted by electronic mail a letter to counsel for Mr. Dang making Athene's position regarding the deficiency of Mr. Dang's production known. While Mr. Dang disagrees that his production to Athene was deficient, the parties have agreed to attempt to work through any issues before raising them with the Court.

To afford the parties time to attempt to resolve any issues with Mr. Dang's production, Athene and Mr. Dang respectfully jointly request that this Court extend the status report deadline to **December 18, 2023**.

Respectfully submitted,

By: /s/ Scott H. Henney
    Scott H. Henney
    Friedman Kaplan Seiler
    Seiler Adelman & Robbins LLP
    7 Times Square, Fl. 28
    New York, NY 10036
    (212) 833-1165
    shenney@fklaw.com

*Attorneys for Petitioner Athene Holding Ltd*

By: /s/ Paul R. Niehaus
    Paul R. Niehaus
    Kirsch & Niehaus PLLC
    950 Third Avenue, Suite 1900
    New York, NY 10022
    (212) 631-0223
    Paul.Niehaus@kirschniehaus.com

*Attorneys for Respondent Ming Dang*