BY ELECTRONIC TRANSMISSION

Hon. Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The request at ECF No. 36 is GRANTED. By **May 3, 2024**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden.
>
> The Clerk of Court is respectfully directed to close ECF No. 36.
>
> SO ORDERED.   3/22/2024
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *In re Application of Athene Holding Ltd for Judicial Assistance Pursuant to 28 U.S.C. § 1782*, No. 23 Misc. 171 (JHR)(SLC)

Dear Magistrate Judge Cave:

The undersigned respectively represent Athene Holding Ltd ("Athene") and respondent Ming Dang in the above captioned matter. This status letter is sent pursuant to Your Honor's October 11, 2023 and February 20, 2024 Orders (ECF Nos. 27 and 35) after review and consent by both Athene and Mr. Dang.

Athene and Mr. Dang have reached agreement regarding the remaining issues in dispute, and jointly request that this Court extend the status report deadline to **May 3, 2024** to afford the parties time to execute their written agreement and comply with the terms thereunder.

Respectfully submitted,

By: /s/ Scott H. Henney
Scott H. Henney
Friedman Kaplan Seiler
Seiler Adelman & Robbins LLP
7 Times Square, Fl. 28
New York, NY 10036
(212) 833-1165
shenney@fklaw.com

*Attorney for Petitioner Athene Holding Ltd*

By: /s/ Paul R. Niehaus
Paul R. Niehaus
Kirsch & Niehaus PLLC
950 Third Avenue, Suite 1900
New York, NY 10022
(212) 631-0223
Paul.Niehaus@kirschniehaus.com

*Attorney for Respondent Ming Dang*